UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHERI SPEER
    Plaintiff

v.                              3:23CV192 (JAM)

SELECT PORTFOLIO SERVICING, INC.,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., DEUTSCHE BANK NATIONAL TRUST
COMPANY
    Defendants

## J U D G M E N T

This matter came on before the Honorable Jeffrey Alker Meyer, United States District Judge, as a result of defendants' Motion to Dismiss (Doc. #15).

The Court has reviewed all of the papers filed in conjunction with the Motion and on July 28, 2023, entered an Order granting defendants' Motion, dismissing plaintiff's claims.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants Select Portfolio Servicing, Inc., Mortgage Electronic Registration Systems, Inc., and Deutsche Bank National Trust, and against the plaintiff, Sheri Speer, in accordance with the court's Ruling (Doc. #24), and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of August 2023.

                                        Dinah Milton Kinney, Clerk

Entered on Docket 8/2/2023

                                        By   /s/ Diahann Lewis
                                               Deputy Clerk